UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PICTOMETRY INTERNATIONAL CORP.,

               Plaintiff,

        -vs-

GEOSPAN CORPORATION,

               Defendant.

**MOTION SCHEDULING ORDER**

09-CV-6517

---

On October 8, 2010, plaintiff filed an appeal of Magistrate Judge Feldman's decision and order filed September 28, 2010 granting defendant's motion for a change of venue. If defendant Geospan wishes to file any responding papers, they must be filed with the Court by November 29, 2010.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

**IT IS SO ORDERED**.

DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE

Dated:      October 27, 2010
             Rochester, New York